Scott R. Hatch, Bar No. 241563
shatch@calljensen.com
Joshua G. Simon, Bar No. 264714
jsimon@calljensen.com
Rebecca I Makitalo, Bar No. 330258
rmakitalo@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000

Attorneys for Defendants, Össur Americas, Inc. and Össur hf

**UNITED STATES DISTRICT COURT**

**CENTRAL OF CALIFORNIA**

WAYNE CALCO, an individual,

Plaintiff,

vs.

ÖSSUR AMERICAS, INC., a California corporation; Össur hf, an Icelandic company; and DOES 1 through 10, inclusive,

Defendants.

Case No. 8:22-cv-01971 JWH-KES

**TABLE OF CONTENTS FOR JOINT EXHIBIT PARTS A THROUGH C IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Date: July 11, 2024
Time: 10:00 a.m.
Place: Courtroom 9D

Complaint Filed: October 26, 2022
Trial Date: October 21, 2024

CALL & JENSEN EST 1981

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| **Joint Exhibit Part A** | | |
| **TAB A** | Declaration of Tatjana Latinovic in Support of Defendants' Motion for Partial Summary Judgment | **1-11** |
| **1** | Services Agreement | **12-43** |
| **2** | Email from Wayne Calco dated 11/24/2015 | **44-47** |
| **3** | Email from Wayne Calco dated 1/26/2016 | **48-59** |
| **4** | Provisional Application dated 2/25/2016 | **60-106** |
| **5** | '559 Patent | **107-140** |
| **6** | Email from Wayne Calco dated 3/6/2017 | **141-194** |
| **7** | '374 Patent | **195-228** |
| **8** | Email from Henry Hsu dated 2/16/2017 | **229-232** |
| **9** | '885 Application | **233-265** |
| **10** | '633 Patent | **266-301** |
| **11** | '872 Patent | **302-335** |
| **12** | Miami J. Select Instructions for Use | **336-345** |
| **13** | Miami J. Select Patient Guide | **346-350** |
| **14** | Screenshots from Miami J. Select Video | **351-353** |
| **15** | Email from Össur's IP Administrator dated 2/24/2017 | **354-407** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| **16** | Email from Wayne Calco dated 2/24/2017 | **408-409** |
| **17** | Office Action dated 2/17/2022 | **410-431** |
| **18** | Response to Office Action dated 5/20/2022 | **432-435** |
| **TAB B** | Declaration of Joshua G. Simon in Support of Defendants' Motion for Partial Summary Judgment | **436-439** |
| **19** | Tolling Agreement | **440-447** |
| **20** | Relevant Excerpts and Exhibits from Volume I of the Transcript of Wayne Calco's Deposition Taken on 11/29/2023 | **448-492** |
| **21** | Relevant Excerpts and Exhibits from Volume II of the Transcript of Wayne Calco's Deposition Taken on 11/30/2023 | **493-566** |
| **22** | Relevant Excerpts of Plaintiff's Responses to Defendants' Request for Admissions (Set One), Served on 10/30/2023 | **567-578** |
| **23** | Relevant Excerpts of Plaintiff's Responses to Defendants' Special Interrogatories (Set One), Served on 10/30/2023 | **579-591** |
| **24** | Emails from Plaintiff's Counsel dated 2/23/2024 | **592-595** |
| **TAB C** | Declaration of Henry Hsu in Support of Defendants' Motion for Partial Summary Judgment | **596-604** |
| **TAB D** | Request for Judicial Notice in Support of Defendants' Motion for Partial Summary Judgment | **605-607** |
| **25** | Wayne Calco's Superior Court Complaint Filed on 5/24/2021 | **608-620** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
| --- | --- | --- |
| **26** | Superior Court's Minute Order dated 11/19/2021 | **621-637** |
| | **Joint Exhibit Part B** | |
| **TAB E** | Declaration of Wayne Calco in Opposition to Defendants' Motion for Partial Summary Judgment | **638-656** |
| **27** | Portfolio of Representative Sampling of Industrial Design Projects | **657-769** |
| **28** | Rendering of Repeatable FitTabs Concept | **770-771** |
| **29** | PowerPoint Presentation Given on 12/9/2015 | **772-785** |
| **30** | Email from Jason Taylor dated 12/21/2015 | **786-787** |
| **31** | Photo of Prototype | **788-789** |
| **32** | Photo Prototype | **790-791** |
| **33** | Photo Prototype | **792-793** |
| **34** | Email from Tatjana Latinovic dated 3/7/2017 | **794-795** |
| **35** | Online Brochure | **796-808** |
| **36** | Email from Shane Fedon dated 6/6/2016 | **809-810** |
| **37** | Email from Jason Taylor dated 11/11/2015 | **811-812** |
| **38** | Email from Jason Taylor dated 1/27/2016 | **813-815** |
| **39** | Email from Jason Taylor dated 2/23/2016 | **816-817** |
| **40** | Email from Jason Taylor on 4/15/2016 | **818-820** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| **41** | Email from Chris Webster dated 5/2/2016 | **821-822** |
| **42** | Email from Chris Webster dated 5/4/2016 | **823-826** |
| **43** | Email Thread Between Chris Webster and Wayne Calco dated 5/18/2016 | **827-828** |
| **44** | Email from Chris Webster dated 6/1/2016 | **829-831** |
| **45** | Email from Jason Taylor dated 6/7/2016 | **832-834** |
| **46** | "Meeting with Mexico" Notes dated 7/19/2016 | **835-836** |
| **47** | Email from Chris Webster dated 8/1/2016 | **837-838** |
| **48** | Email Thread dated 8/3/2015 | **839-841** |
| **49** | Email from Chris Webster dated 8/5/2016 | **842-843** |
| **50** | Meeting Notes on 8/8/2016 | **844-845** |
| **51** | Meeting Notes on 8/23/2016 | **846-847** |
| **52** | Email from Duane Romo dated 2/8/2016 | **848-849** |
| **53** | Email from Wayne Calco dated 4/5/2016 | **850-853** |
| **54** | Email from Wayne Calco dated 4/5/2016 | **854-858** |
| **55** | Email from Chris Webster dated 4/17/2016 | **859-860** |
| **56** | Email from Jason Taylor dated 6/3/2016 | **861-862** |
| **57** | Email from Wayne Calco dated 9/28/2016 | **863-865** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
| --- | --- | --- |
| **58** | Email from Wayne Calco dated 9/28/2016 | **866-869** |
| **59** | Email from Wayne Calco dated 9/28/2016 | **870-873** |
| **60** | Email from Wayne Calco dated 9/28/2016 | **874-877** |
| **61** | Email from Chris Webster dated 12/9/2016 | **878-880** |
| **62** | Email from Chris Webster dated 12/9/2016 | **881-887** |
| **63** | Ball Joint Illustration | **888-889** |
| **64** | Ball Joint Illustration | **890-891** |
| **65** | Ball-and-Socket Definition | **892-896** |
| **TAB F** | Declaration of George B. Piggott in Opposition to Defendants' Motion for Partial Summary Judgment | **897-903** |
| **66** | Superior Court Stipulation and Order dated 1/18/2022 | **904-907** |
| **67** | '633 Patent Documents and Transaction History | **908-915** |
| **68** | '633 Patent Notice of Allowance Issued 5/27/2022 | **916-931** |
| **69** | '374 Patent Notice of Allowance Issued 6/24/2022 | **932-939** |
| **70** | Superior Court Status Conference Statement dated 10/26/2022 | **940-949** |
| **71** | Miami J Select Cervical Collar Online Brochure | **950-965** |
| **72** | Online Brochure Downloaded on 8/11/2023 | **966-974** |
| **73** | Online Brochure Downloaded on 11/28/2023 | **975-987** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| **74** | Online Brochure Downloaded on 5/27/2024 | **988-1000** |
| **75** | Relevant Excerpts and Exhibits from the Transcript of Tatjana Latinovic's Deposition Taken on 11/29/2023 | **1001-1045** |
| **76** | Össur Press Release dated 5/1/2019 | **1046-1052** |
| **77** | Plaintiff's Responses to Special Interrogatories (Set One), Served on 10/30/2023 | **1053-1091** |
| **78** | Plaintiff's Expert Designation Served on 1/9/2024 | **1092-1216** |
| **79** | Email from George Piggott dated 2/25/2024 | **1217-1220** |
| **80** | Relevant Excerpts from Volume 1 of the Transcript of Wayne Calco Taken on 11/29/2023 | **1221-1231** |
| **TAB G** | Declaration of Larry K. Roberts in Opposition to Defendants' Motion for Partial Summary Judgment | **1232-1255** |
| **81** | US 9132027 Patent | **1256-1286** |
| **82** | Miami J Select Instructions for Use | **1287-1288** |
| **83** | Office Action dated 2/17/2022 | **1289-1355** |
| **84** | Response to Office Action dated 5/20/2022 | **1356-1365** |
| **85** | Martin et al. Reference | **1366-1396** |
| **86** | Proposed Patent Claim | **1397-1401** |
| **Joint Exhibit Part C** | | |
| **TAB H** | Declaration of Nathan Macdonald in Support of Defendants' Motion for Partial Summary Judgment | **1402-1501** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| **87** | Nathan Macdonald's Curriculum Vitae | **1502-1505** |
| **88** | Nathan Macdonald's Previous Testimony | **1506-1507** |
| **89** | Nathan Macdonald's List of Information Reviewed and Documents in Report | **1508-1515** |
| **90** | Dictionary References Relied Upon by Nathan Macdonald | **1516-1537** |
| **91** | Photographs of Miami JS Taken by Nathan Macdonald | **1538-1541** |
| **TAB I** | Supplemental Declaration of George B. Piggott in Opposition of Defendants' Motion for Partial Summary Judgment | **1542-1546** |
| **92** | Stipulation dated 2/24/2024 | **1547-1550** |
| **93** | Revised Stipulation dated 2/26/2024 | **1551-1554** |
| **94** | Abstract, Specification, Claims, and Drawings for 15,442,029 Patent Application Filed on 2/24/2017 | **1555-1605** |
| **95** | Declaration of Nathan J. Macdonald in Support of Defendants' Motion for Partial Summary Judgment Filed on 2/26/2024 | **1606-1608** |
| **96** | Exhibit A to Declaration of Nathan J. Macdonald in Support of Defendants' Motion for Partial Summary Judgment (Nathan J. Macdonald's Expert Report) Filed on 2/26/2024 | **1609-1690** |
| **TAB J** | Supplemental Declaration of Larry K. Roberts in Opposition of Defendants' Motion for Partial Summary Judgment | **1691-1694** |


CALL & JENSEN EST. 1981

| Exhibit No. | Description | Page Nos. |
|---|---|---|
| **TAB K** | Supplemental Declaration of Joshua G. Simon in Support of Defendants' Motion for Partial Summary Judgment | **1695-1697** |
| **97** | Relevant Excerpts of the Transcript of Tatjana Latinovic's Deposition Taken on 11/29/2023 | **1698-1707** |

Dated: June 7, 2024

CALL & JENSEN
A Professional Corporation
Scott R. Hatch
Joshua G. Simon
Rebecca I Makitalo

By: */s/ Joshua G. Simon*
Joshua G. Simon

Attorneys for Defendants
Össur Americas, Inc. and Össur hf

Dated: June 7, 2024

GEORGE B. PIGGOTT
A Professional Corporation

By: */s/ George B. Piggott*
George B. Piggott

Attorneys for Plaintiff
Wayne Calco

CALL & JENSEN EST. 1981