JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE CALCO, an individual,<br>Plaintiff,<br>vs.<br>ÖSSUR AMERICAS, INC., a California corporation;<br>ÖSSUR hf, an Icelandic company; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 8:22-cv-01971-JWH-KESx<br>**ORDER ON JOINT STIPULATION FOR ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br>[Fed. R. Civ. P. 41(a)(2)] |

The Court, having considered the Joint Stipulation for Order of Dismissal of Entire Action with Prejudice filed by Plaintiff Wayne Calco and Defendants Össur Americas, Inc. and Össur hf [ECF No. 186], and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby **ORDERS** as follows:

1. This action, including all claims asserted in it, is **DISMISSED** in its entirety, **with prejudice**, as to all Defendants, including Defendants DOES 1 through 10.

2. Each party shall bear its own attorneys' fees, expert fees, and costs.

3. The Court retains jurisdiction to enforce the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: November 2, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE